```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 02831
   EFRAIN LUNA
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
       Debtor
   SSN XXX-XX-0871


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/08/08 .

   2.  The case was dismissed without confirmation, 05/22/2008.

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID            PAID
-----------------------------------------------------------------------------
HOMEQ SERVICING CORP    CURRENT MORTG            .00             .00             .00
HOMEQ SERVICING CORP    MORTGAGE ARRE      NOT FILED             .00             .00
AMERICAN GENERAL FINANCE SECURED VEHIC          .00             .00             .00
RUSH COPLEY MEDICAL CENT UNSECURED         NOT FILED             .00             .00
       Summary of disbursements:
-----------------------------------------------------------------------------
                       SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00         .00          .00          .00           .00
PRINCIPAL PAID            .00         .00          .00          .00           .00
INTEREST PAID             .00         .00          .00          .00           .00
TOTAL PAID                .00         .00          .00          .00           .00
The Debtor's attorney, RICHARD S BASS           , was allowed $       .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 08/20/08             /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                                            PAGE  2
       CASE NO. 08 B 02831 EFRAIN LUNA
```